# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV-13-5705

Date Filed: 10/17/2013



CSU2020113619

Plaintiff:
**MARTIN TRETOLA, THOMAS TRETOLA, MARBLES ENTERPRISES, INC. D/B/A T&T GUNNERY AND T&T TACTICAL, INC.,**

vs.

Defendant:
**JOSEPH A. D'AMICO, SUPERINTENDENT OF THE NEW YORK STATE POLICY, ET AL.**

For:
Friedman Harfenist Kraut & Perlstein LLP
3000 Marcus Avenue
Suite 2e1
Lake Success, NY  11042

Received these papers to be served on **NASSAU COUNTY DISTRICT ATTORNEY CHIEF INVESTIGATOR CHARLES RIBANDO, 262 OLD COUNTRY ROAD, MINEOLA, NY 11501**.

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **18th day of October, 2013** at **9:40 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action, Complaint, Jury Trial Demanded With Exhibits 1 & 2, Civil Cover Sheet, Certification of Arbitration Eligibility, Individual Motion Practices of Judge Arthur D. Spatt and Individual Practice Rules of Magistrate Judge A. Kathleen Tomlison** with the date and hour of service endorsed thereon by me, to: **Steve Zingnan** as **Employee**, a person employed therein and authorized to accept service for **NASSAU COUNTY DISTRICT ATTORNEY CHIEF INVESTIGATOR CHARLES RIBANDO** at the address of: **2692 Old Country Road, Mineola, NY 11501**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
CS, Inc. 181 Hillside Avenue, Williston Park, New York 11596. D.C.A. License # 1382542

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: White,  Height: 5'8",  Weight: 220,  Hair: Black,  Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 22nd day of October, 2013 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2016

Vincent J. Mannetta
D.C.A. License # 1203246

Our Job Serial Number: CSU-2020113619

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w